IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| TERRIS TIMOTHY MURRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 325-004 |
| | ) | |
| GEORGIA DEPARTMENT OF CORRECTIONS; TYRONE OLIVER; ANDREW MCFARLANE; RAY ODOM; AARON PINERIO; JOHNSON STATE PRISON WARDEN; OFFICER GARRETT; LT. GIBS; OFFICER GORDON; OFFICER ZECK; and LT. GRIFFIN | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 17th day of April, 2025, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE