AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TERRIS TIMOTHY MURRY,

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV325-4

GEORGIA DEPARTMENT OF CORRECTIONS, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on April 17, 2025, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Therefore, the Court dismisses this case without prejudice. This case stands closed.



| 4/17/25 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |

GAS Rev 10/2020